IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD RETTIG, individually and as the representative of a class of similarly situated persons,

    Plaintiff,

v.

SVJ, INC., STEVEN W. JAMISON, and VALERIE A. JAMISON d/b/a PLATINUM MOVING COMPANY,

    Defendants.

No. 2:10-cv-00510-JF

**FILED**
MAY 24 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## NOTICE OF VOLUNTARY DISMISSAL OF CLASS ACTION COMPLAINT WITH PREJUDICE

Plaintiff, RICHARD RETTIG, hereby files a voluntary dismissal with prejudice of the Class Action Complaint against Defendants, SVJ, INC., STEVEN W. JAMISON, and VALERIE A. JAMISON d/b/a PLATINUM MOVING COMPANY, as allowed under Federal Rules of Civil Procedure 41(a)(1).

Respectfully submitted,

RICHARD RETTIG, individually and as the representative of a class of similarly-situated persons

By:   s/Alan C. Milstein
*Sherman, Silverstein, Kohl, Rose & Podolsky*
4300 Haddonfield Road, Suite 311
Pennsauken, NJ 08109

OF COUNSEL:

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847/368-1500

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL 60602
Telephone: 312/658-5500

SO ORDERED this 23rd day of May 2010:

_____
John P. Fullam,              Sr. J.